IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES STAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03cv3300 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT TURLEY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 28, the Order reassigning the undersigned Magistrate Judge to the above-entitled case for pretrial purposes. Accordingly, the Final Pretrial Conference set for April 25, 2005 at 1:00 p.m. before Magistrate Judge Thomas D. Thalken is cancelled.  A rescheduled Final Pretrial Conference will be set by separate order of the court.

SO ORDERED.

DATED this 21st day of April, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge