IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES STAFFORD,                )<br>                                              )<br>          Plaintiff,              )<br>                                              )<br>   vs.                                    )<br>                                              )<br>ROBERT TURLEY,             )<br>                                              )<br>          Defendant.           ) | Case No. 4:03cv3300<br><br>**ORDER** |

   THIS MATTER came before the court for a Rule 16 planning conference, held telephonically on June 14, 2005.  James Stafford appeared *Pro Se* and Gail Perry represented the defendant.  After reviewing the status of the case,

   **IT IS ORDERED:**

   1. For the purposes of scheduling the plaintiff's deposition, the Rule 16 planning conference is continued to **August 22, 2005 at 2:00 p.m.,** before the undersigned magistrate judge in Courtroom 6, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The court requests that defendant's counsel, Gail S. Perry, place the call to the plaintiff at (843)623-6602 and to the court at (402) 661-7340.

   Dated this 15th day of July 2005.

                                              BY THE COURT:


                                              s/ F. A. Gossett
                                              United States Magistrate Judge