IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES STAFFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT TURLEY,<br><br>　　　　　Defendant. | Case No. 4:03CV3300<br><br>**ORDER** |

　　　THIS MATTER is before the court on its own motion to reschedule the August 22, 2005 Rule 16 planning conference.

　　　**IT IS ORDERED:**

　　　1. The planning conference is rescheduled to **Thursday, September 8, 2005 at 1:30 P.M.,** before the undersigned magistrate judge in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The court requests that defendant's counsel, Gail S. Perry, place the call to plaintiff at (843) 623-6602 and to the court at (402) 661-7340.

　　　Dated this 5th day of August 2005.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　United States Magistrate Judge